# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

---

**TINA SCHINGECK,**
                    **Plaintiff,**


   **v.**                                                    **Case No. 22-C-0373**

**DENNIS R. DONOUGH,**
**Secretary of Veterans Affairs,**
                    **Defendant.**

---

### ORDER

On August 19, 2022, Magistrate Judge William E. Duffin issued a decision recommending that the plaintiff be permitted to proceed with her claim that the defendant violated Title VII of the Civil Rights Act of 1964 by discriminating against her because of her race, color, or national origin and that any other claim alleged in the complaint be dismissed. The decision was served on the plaintiff that same day. Under Federal Rule of Civil Procedure 72(b)(2) and General Local Rule 72(c), the plaintiff had 14 days to file written objections to the order. That time expired on September 2, 2022, without the plaintiff's having filed an objection.

**THEREFORE, IT IS ORDERED** that Magistrate Judge Duffin's Report & Recommendation (ECF No. 11) is **ADOPTED** in its entirety. The plaintiff is permitted to proceed with her claim that the defendant violated Title VII of the Civil Rights Act of 1964 by discriminating against her because of her race, color, or national origin, but any other claim alleged in the complaint is dismissed.

**IT IS FURTHER ORDERED** that this matter be returned to Magistrate Judge Duffin for further proceedings.

Dated at Milwaukee, Wisconsin, this 19th day of September, 2022.

/s/Lynn Adelman
LYNN ADELMAN
District Judge